**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

---

June 15, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> All deadlines in the Case Management Plan, ECF No. 11, are extended by thirty days.  The pretrial conference currently scheduled for June 23, 2021, is hereby ADJOURNED until **July 28, 2021, at 4:45 p.m**.  If the parties are able to resolve this case before then, they should promptly notify the Court of such.  The Clerk of Court is directed to terminate ECF No. 17.  SO ORDERED.
>
> *[signature]*
>
> June 15, 2021

Re:     Jaquez v. Backjoy Orthotics, LLC.: Case No. 1:21-cv-00255-JMF

Dear Judge Furman:

We represent defendant Backjoy Orthotics, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Ramon Jaquez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 15, 2021 to July 30, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)