UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAMON JAQUEZ,                                                     :
:
               Plaintiff,        :        21-CV-0255 (JMF)
:
      -v-                                                         :        <u>ORDER</u>
:
BACKJOY ORTHOTICS, LLC,                                           :
:
               Defendant.        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Counsel are reminded that they must submit a joint status letter on ECF no later than the Thursday prior to the conference, the contents of which are described in the Case Management Plan and Scheduling Order. ECF No. 11. **In their joint letter, the parties should also indicate whether they believe they can do without a conference altogether.**

      Unless and until the Court orders otherwise, the conference remains in effect and will be held **in person** in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY**. (If counsel believe that the conference should be held by telephone, they should — in accordance with Rule 2(B) of the Court's Individual Rules and Practices — promptly file a letter motion to that effect. Any such letter motion should indicate other dates and times during the week of the conference when counsel would be available.) Additionally, unless and until the Court orders otherwise, all existing dates and deadlines — including, as appropriate, the deadlines for summary judgment motions and/or a proposed joint pretrial order, as set forth in the Case Management Plan and Scheduling Order — remain in effect.

      SO ORDERED.

Dated: July 19, 2021
       New York, New York
                                                                               JESSE M. FURMAN
                                                                             United States District Judge